

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

# ORDER WITHDRAWING MEDIATION ORDER

Cause number:        01-15-00480-CV

Style:               Metropolitan Theatre, LLC v. Joseph Dow and Yes Prep Public Schools, Inc.

Date motion filed:   July 2, 2015

Type of Motion:      Objection to Mediation

Party filing motion: Appellee

It is **ordered** that Appellee's objection to mediation is granted.  We withdraw our Mediation Order dated June 22, 2015.

Judge's signature: /s/  Russell Lloyd
                        x Acting individually

Date:  July 8, 2015

---

\*    Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief.  *See* TEX. R. APP. P. 10.3(a).

**Note**:  Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing.  TEX. R. APP. P. 10.4(a).